**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Erika Alexandria,

                **Plaintiff,**

        -against-

Wray, Inc.,

                **Defendant.**

**1:25-cv-09866 (DEH) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       A telephone conference was held today, during which counsel for Plaintiff appeared, but counsel for Defendant did not appear. For the reasons stated on the record during the telephone conference, it is hereby ORDERED that, no later than Wednesday, March 4, 2026, Plaintiff shall seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

Dated:     New York, New York
            February 18, 2026

_____
STEWART D. AARON
United States Magistrate Judge