MEMO ENDORSED



## STEIN | SAKS, PLLC

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

March 23, 2026

**Via CM/ECF**
The Honorable Dale E. Ho
United States District Court
Southern District of New York

      RE:    *Alexandria v. Wray, Inc.*
           Case No. 1:25-cv-09866-DEH-SDA

Dear Judge Ho:

Pursuant to the Order entered on March 9, 2026, Plaintiff submits the within request.

Plaintiff requests an additional seven (7) days to file for a Clerk's Certificate of Default against the Defendant to allow time to serve the Defendant with the Court's Order and make an appearance on this matter.

We thank Your Honor and the Court for its kind considerations and courtesies.

The Court is in receipt of this letter motion requesting additional time to file a certificate of default judgment. As a certificate of default judgment has already been filed in this matter, ECF No. 12, the Court construes this letter motion as a request for additional time to file a motion for default judgment, as ordered in the Court's March 9, 2026 Order, ECF No. 13. The Court notes that, pursuant to Individual Rule 2(e), this letter motion is untimely. Further, the Court's March 9 Order ordered Plaintiff to serve Defendant with that Order on March 11, 2026 and to file proof of service on the docket by March 12, 2026. To date, proof of service has not been filed on the docket. As a courtesy, the Court extends these deadlines. Plaintiff shall serve Defendant with the March 9 Order, as well as this memo endorsement, by **March 26, 2026**. Plaintiff shall file proof of service on the docket by **March 27, 2026**. A motion for default judgment, in accordance with the Court's Individual Rules, shall be filed by **April 8, 2026**. Plaintiff is warned that failure to follow the Court's orders may result in sanctions, including dismissal for failure to prosecute. The Clerk of Court is respectfully directed to terminate ECF No. 14. SO ORDERED.

Dated: March 25, 2026                      Dale E. Ho
New York, New York                United States District Judge